**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

TYRONE JONES, ADC #92503,
and AHMEEN MUMIT, ADC # 95017                                                              PLAINTIFFS

v.                                          2:10-cv-00202-JMM-JTK

RAY HOBBS, et al.                                                                                       DEFENDANTS

## ORDER

Plaintiffs' Motion for Reconsideration of this Court's April 28, 2011 Order denying their Motion to Appoint Counsel (Doc. No. 47) is DENIED without prejudice.

IT IS SO ORDERED this 7th day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE