**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TYRONE JONES, ADC #92503, and                                                                PLAINTIFFS
AHMEEN MUMIT, ADC #95017

v.                                           2:10-cv-00202-JMM-JTK

RAY HOBBS, et al.                                                                                        DEFENDANTS

## ORDER

This matter is before the Court on Plaintiffs' Motion to Compel (Doc. No. 50). Defendants filed a Response in opposition to the Motion (Doc. No. 55).

In their Motion, Plaintiffs state Defendants improperly objected to some of their discovery requests as irrelevant to their claims. Plaintiffs state the information requested is relevant to their claims regarding their classification in administrative segregation and the reviews provided to them.

In their Response, Defendants state their objections to many of Plaintiffs' requests were proper, and that despite indicating objections, they responded to almost all of the requests. Defendants also informed Plaintiffs that they are able to review their institutional jackets upon proper request.

The Court has reviewed the copies of Plaintiffs' requests and Defendants' responses, and finds no improper objections by the Defendants. Even when objecting to many of the interrogatories propounded, Defendants provided responses to the Plaintiffs. See Doc. No. 55-1. It appears to the Court that Plaintiffs' objections are with the type of answer provided, and not that Defendants failed to respond. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiffs' Motion to Compel (Doc. No. 50) is DENIED.

IT IS SO ORDERED this 7th day of July, 2011.

                                                            JEROME T. KEARNEY  
                                                            UNITED STATES MAGISTRATE JUDGE