**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TYRONE JONES, ADC #92503,
and AHMEEN MUMIT, ADC #95017                          PLAINTIFFS

v.                          2:10-cv-00202-JMM-JTK

RAY HOBBS, et al.                          DEFENDANTS

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Reconsideration (Doc. No. 61). Defendants filed a Response to the Motion (Doc. No. 63).

In support of their Motion, Plaintiffs ask the Court to reconsider its July 7, 2011 Order (Doc. No. 56) which denied their Motion to Compel. Plaintiffs state that although they followed the Court's directions and submitted requests to review their institutional files, their requests were denied by Warden Burl.

In their Response (Doc. No. 63), Defendants state Plaintiffs were permitted to review their institutional jackets on August 29, 2011, and since then have not requested copies of any specific documents in those jackets.[1]  Defendants provide copies of documents signed by Plaintiffs, indicating they reviewed their files. (Doc. No. 63-1.)  Defendants state they also have provided Plaintiffs with numerous documents from their files, including correspondence and classification hearing review documents. Defendants state if Plaintiffs need copies of other documents, they should specifically identify those documents and the Defendants will then respond to their requests.

In light of Defendants' Response to Plaintiffs' Motion, the Court will deny the Motion. Accordingly,

---

[1] Plaintiffs' Motion was filed on August 22, 2011.

IT IS, THEREFORE, ORDERED that Plaintiffs' Motion for Reconsideration (Doc. No. 61) is DENIED without prejudice.

IT IS FURTHER ORDERED that Defendants shall respond to Plaintiffs' Motion for Default Judgment (Doc. No. 64), which this Court construes as a Motion for Sanctions, within ten days of the date of this Order.

IT IS SO ORDERED this 12th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE