## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

TYRONE JONES,
ADC #92503, et al.,                                                                                                 PLAINTIFFS

v.                                      2:10-cv-00202-JMM-JTK

RAY HOBBS, et al.                                                                DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff Jones' Motion for Order of Transfer, which this Court construes as a Motion for Preliminary Injunctive Relief (Doc. No. 79), is DENIED.

IT IS SO ORDERED this   12   day of  January, 2012.

 

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE