**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TYRONE JONES, ADC #92503, and
AHMEEN MUMIT, ADC #95017                                                PLAINTIFFS

v.                          2:10-cv-00202-JMM-JTK

RAY HOBBS, et al.                                                       DEFENDANTS

## **ORDER**

In light of Defendants' pending Summary Judgment Motions, their Motion to Sever (Doc. No. 82) is hereby DENIED without prejudice, subject to renewal.

IT IS SO ORDERED this 17th day of January, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE