**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TYRONE JONES, ADC #92503, and
AHMEEN MUMIT, ADC #95017                                                                      PLAINTIFFS

2:10-cv-00202-JMM-JTK

RAY HOBBS, et al.                                                                                           DEFENDANTS

**ORDER**

This matter is before the Court on the Defendants' Motions for Summary Judgment (Doc. Nos. 86, 89). Plaintiff Jones has filed a Response in opposition to the Motion filed against him (Doc. No. 97).

Plaintiff Tyrone Jones is a state inmate incarcerated at the East Arkansas Regional Unit (EARU) of the Arkansas Department of Correction (ADC). He filed this action with co-Plaintiff Ahmeen Mumit, an inmate incarcerated at the Maximum Security Unit (MSU) of the ADC, pursuant to 42 U.S.C. § 1983, alleging due process and equal protection violations by the Defendants. Plaintiffs ask for monetary and injunctive relief from the Defendants.

In their Motions for Summary Judgment, Defendants state Plaintiffs' Complaint should be dismissed for numerous reasons. However, Defendants do not address Plaintiffs' equal protection claims in their Motions. Therefore, prior to ruling on the Motions, this Court would like Defendants to supplement their Motions by addressing the equal protection claims. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants file supplements to the summary judgment motions, addressing the equal protection claims, within ten days of the date of this Order.

IT IS FURTHER ORDERED that Plaintiffs shall file responses to those supplements ten days thereafter.

1

IT IS SO ORDERED this 13th day of February, 2012.

                                                  JEROME T. KEARNEY
                                                  UNITED STATES MAGISTRATE JUDGE