**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TYRONE JONES, ADC #92503, and
AHMEEN MUMIT, ADC #95017                                                               PLAINTIFFS

2:10-cv-00202-JMM-JTK

RAY HOBBS, et al.                                                                                     DEFENDANTS

## ORDER

On the Court's own Motion, the February 29, 2012 Evidentiary Hearing in this matter is hereby CONTINUED.

The Clerk is directed to forward a copy of this Order to the Arkansas Department of Correction Central Transportation/Medical Services, 7203 West 7th Street, Pine Bluff, AR 71603.

IT IS SO ORDERED this 13th day of February, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE