**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

TYRONE JONES, ADC #92503, and                                        PLAINTIFFS
AHMEEN MUMIT, ADC #95017

v.                                    2:10-cv-00202-JMM-JTK

RAY HOBBS, et al.                                                      DEFENDANTS

## ORDER

The Motion of Plaintiff Ahmeen Mumit to voluntarily dismiss his Complaint against

Defendants, without prejudice (Doc. No. 110) is GRANTED.    Plaintiff Mumit is hereby

DISMISSED from this action.

Defendants' Motion for Summary Judgment as to Plaintiff Mumit's claims against them

(Doc. No. 86) is DENIED as moot.

IT IS SO ORDERED this  16  day of  February , 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE