IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TYRONE JONES,                                                                                        PLAINTIFF
ADC #92503

v.                                    2:10-cv-00202-JMM-JTK

RAY HOBBS, et al.                                                                                   DEFENDANTS

## ORDER

The Court finds that a hearing on the pending Summary Judgment Motion (Doc. No. 89) will be helpful to its determination, and will be set by separate Order. At the hearing, the Court specifically wishes to hear evidence on the following:

1) what ADC policies and procedures govern the classification of an inmate as PREA (Prison Rape Elimination Act)?

2) what restrictions in terms of conditions of confinement accompany this classification?

3) what are the guidelines for classifying an inmate as a PREA, for assigning him to single man status, and for releasing him to general population?

4) do conditions of confinement differ between an inmate classified as PREA and an inmate assigned to administrative segregation?

5) any other evidence relevant to Plaintiff's claims.

IT IS SO ORDERED this 9th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE