**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TYRONE JONES,                                                                                PLAINTIFF
ADC #92503

v.                                   2:10-cv-00202-JMM-JTK

RAY HOBBS, et al.                                                       DEFENDANTS

**ORDER**

The parties' Joint Motion to Dismiss this case with prejudice (Doc. No. 121) is GRANTED.

All pending Motions are hereby DENIED AS MOOT. The June 19, 2012 Hearing in this matter is CANCELLED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this   6   day of   June  , 2012.

                                                                      /s/ James M. Moody
                                                           JAMES M. MOODY
                                                  UNITED STATES MAGISTRATE JUDGE