**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

TYRONE JONES,  PLAINTIFF
ADC #92503

v.  2:10-cv-00202-JMM-JTK

RAY HOBBS, et al.  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this   6   day of  June , 2012.

_____
JAMES M. MOODY
UNITED STATES MAGISTRATE JUDGE